B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 12–49923
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael Anthony Guthrie
   fdba Dr. Michael A. Guthrie, D.D.S,
   P.C., fka Michael Brown
   39 Cutters Run Drive
   South Barrington, IL 60010

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0815

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>August 15, 2013</u>　　　　　　　　　　　<u>Kenneth S. Gardner, Clerk</u>
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 12-49923-JPC
Michael Anthony Guthrie                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 4          Date Rcvd: Aug 15, 2013
                              Form ID: b18             Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2013.
```
db           +Michael Anthony Guthrie,    39 Cutters Run Drive,   South Barrington, IL 60010-6169
19839894    #+AEP Energy,    363 West Erie Street,    Chicago, IL 60654-6904
19839897     +American Recovery Service, Inc.,    555 St Charles Street, Suite 110,
               Thousand Oaks, CA 91360-3983
19839900     +Bank of America,    450 American St Credit Reporting S,   Simi Valley, CA 93065-6285
19839899     +Bank of America,    P.O. 940335,   Simi Valley, CA 93094-0335
19839904     +Bank of New York,    101 Barclay St. #4W,   New York, NY 10286-0001
19839907     +BarClays Bank PLC,    PO Box 8803,   Wilmington, DE 19899-8803
19839908     +Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,   5th Floor,   Miami, FL 33146-1837
19839912     +CCA,    2600 Central Avenue,    Union City, CA 94587-3187
19839925     +CST CO Inc,    PO Box 33127,    Louisville, KY 40232-3127
19839911     +Care Stream Dental,    1765 The Exchange,   Atlanta, GA 30339-2005
19839919     +CitiFinancial Services Inc,    15949 S. Harlem Avenue,   Tinley Park, IL 60477-1609
19839920     +CitiFinancial, Inc,    300 St. Paul Place,   Baltimore, MD 21202-2120
19839917     +Citibank, N.A.,    399 Park Avenue,   New York, NY 10022-4699
19839922      Clc,    501 Bleecker Street,    Utica, NY 13501-2498
19839923     +Cons Resorts,    2310 Pased Del Prado #A202,   Las Vegas, NV 89102-4330
19839924      Credit Protection Association, LP,    1355 Noel Road,   Dallas, TX 75240
19839927     +Cutter's Run Homeowners Association,    1 Cutters Run Drive,   Barrington, IL 60010-6168
19839930      Equifax Information Services, LLC,    1550 Peachtree Street NW,   Atlanta, GA 30309
19839931     +Experian Information Solutions, Inc.,    475 Anton Boulevard,   Costa Mesa, CA 92626-7037
19839932     +Hardt, Stern & Kayne, P.C.,    2610 Lake Cook Road, Suite 200,   Deerfield, IL 60015-5710
19839933     +Hayes Handpiece,    145 Tower Drive, Unit 4,   Willowbrook, IL 60527-7836
19839942     +ITBS,    5235 Central Avenue,    Western Springs, IL 60558-1806
19839935     +Iacona John C,    1 N. Franklin #2625,   Chicago, IL 60606-3495
19839936      Illinois Department of Revenue,    Po Box 64338,   Chicago, IL 60664-0338
19839937     +Illinois Secretary of State,    213 State Capitol,   Springfield, IL 62756-0001
19839938     +Intaglio,    114 Turner Avenue,    Elk Grove Village, IL 60007-3933
20035531     +James L. Bizzieri,    Bizzieri Law Offices, LLC,   10258 S. Western Avenue, Suite 210,
               Chicago, IL 60643-1946
19839943     +Kenneth Horn,    839 S. 16th Ave.,   Maywood, IL 60153-1815
19839946     +Medical Business Bureau,    1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
19839947     +Ottawa Dental Laboratory, Ltd.,    C/O Steve Carr,   1304 Starfire Drive,   Ottawa, IL 61350-1624
19839948    ++PENTAGON FEDERAL CREDIT UNION,    ATTN BANKRUPTCY DEPARTMENT,   P O BOX 1432,   ALEXANDRIA VA,
               22313-1432
             (address filed with court: Pentagon Federal Credit Union,     Po Box 1432,   Alexandria, VA 22313)
19839949     +Pentagon Federal Credit Union,    2930 Eisenhower Avenue,   Alexandria, VA 22314-4557
20035530     +Sheryl Green,    8617 S. Carpenter,   1st Floor,   Chicago, IL 60620-3312
19839950     +Somno Medical,    7460 Warren Parkway, Suite 190,   Frisco, TX 75034-4170
19839951     +Southern Anestia,    One Southern Court,   West Columbia, SC 29169-3060
19839952     +Starr & Rowell,    35 E. Wacker Drive, Suite 1870,   Chicago, IL 60601-2202
19839953     +State of Illinois,    Office if the Lt. Governor,   100 W. Randolph Street, Suite 15-200,
               Chicago, IL 60601-3231
20112412     +The Bank of New York Mellon fka The Bank of New,    Noonan & Lieberman Ltd,
               105 West Adams Suite 1100,    Chicago, Illinois 60603-6238
19839954     +Thommen Medical USA,    1375 Euclid Avenue, Suite 450,   Cleveland, OH 44115-1839
19839955     +Trans Union LLC,    1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
19839960     +Weisman & Weisman,    100 N. LaSalle Street, Suite 1910,   Chicago, IL 60602-3521
19839961      William, Babbit & Wijman, Inc,    5255 NOrhth Federal Highway, 3rd Floor,   Boca Raton, FL 33487
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: BKRGOODMAN.COM Aug 15 2013 23:58:00      Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,
               111 East Wacker Drive,    Suite 2800,   Chicago, IL 60601-4209
19839895     +E-mail/Text: support@amscollections.com Aug 16 2013 00:19:38      Allen Maxwell & Silver,
               190 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2533
19839896     +EDI: BECKLEE.COM Aug 15 2013 23:58:00      American Express *,   c/o Becket & Lee,   P.O. Box 3001,
               Malvern, PA 19355-0701
19839903      EDI: BANKAMER.COM Aug 15 2013 23:58:00      Bank of America, NA,   4161 Piedmont Parkway,
               Greensboro, NC 27410
19839902     +EDI: BANKAMER2.COM Aug 15 2013 23:58:00      Bank Of America, N.A.,   401 N. Tryon St.,
               NC1-021-02-20,   Charlotte, NC 28202-2123
19839901     +EDI: BANKAMER2.COM Aug 15 2013 23:58:00      Bank Of America, N.A.,   401 N. Tyron Street,
               Charlotte, NC 28255-0001
19839898     +EDI: BANKAMER2.COM Aug 15 2013 23:58:00      Bank of America,   401 N. Tyron Street,
               Charlotte, NC 28255-0001
19839905     +E-mail/Text: kristian@bhg-inc.com Aug 16 2013 00:19:41      Bankers Healthcare Group,
               325 James Street,    Syracuse, NY 13203-1965
19839906     +EDI: TSYS2.COM Aug 15 2013 23:58:00      Barclays Bank Delaware,   125 S West Street,
               Wilmington, DE 19801-5014
19839918      EDI: CITICORP.COM Aug 15 2013 23:58:00      Citicorp Credit Services *,
               ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,   Kansas City, MO 64195
19839926     +E-mail/Text: GSosa@mail.cstcoinc.com Aug 16 2013 00:19:24      CST Co.,   P. O. Box 224768,
               Dallas, TX 75222-4768
```

```
District/off: 0752-1           User: gbeemster              Page 2 of 4                  Date Rcvd: Aug 15, 2013
                               Form ID: b18                 Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
19839909      +EDI: CAPITALONE.COM Aug 15 2013 23:58:00      Capital One Bank,   P.O. Box 6492,
               Carol Stream, IL 60197-6492
19839910      +EDI: AIS.COM Aug 15 2013 23:58:00      Capital One, N.A. *,   c/o American Infosource,
               P.O Box 54529,   Oklahoma City, OK 73154-1529
19839913      +EDI: CHASE.COM Aug 15 2013 23:58:00      Chase *,   ATTN: Bankruptcy Department,   P.O. Box 15298,
               Wilmington, DE 19850-5298
19839914      +EDI: CAUT.COM Aug 15 2013 23:58:00      Chase Auto,   Po Box 901076,   Fort Worth, TX 76101-2076
19839915      +EDI: CAUT.COM Aug 15 2013 23:58:00      Chase Auto Finance Corp.,   AZ1-1191,
               201 N. Central Avenue,   Phoenix, AZ 85004-1071
19839916      +EDI: CHASE.COM Aug 15 2013 23:58:00      Chase Card Services,   201 North Walnut Street,
               Attn Mark Pascale--Mail Stop DE1-1406,   Wilmington, DE 19801-2901
19839921      +EDI: CIAC.COM Aug 15 2013 23:58:00      Citimortgage Co. Inc,   1000 Technology Drive,
               O Fallon, MO 63368-2240
19839929       EDI: DISCOVER.COM Aug 15 2013 23:58:00      Discover Financial Services,   2500 Lake Cook Rd.,
               Deerfield, IL 60015
19839928      +EDI: CITICORP.COM Aug 15 2013 23:58:00      Dell Computers / CitiBank,   PO Box 689020,
               Des Moines, IA 50368-9020
19839934      +EDI: ICSYSTEM.COM Aug 15 2013 23:58:00      I.C. System, Inc,   444 Highway 96 East,
               Saint Paul, MN 55127-2557
19839941       EDI: IRS.COM Aug 15 2013 23:58:00      Internal Revenue Service,   Department of Treasury,
               Kansas City, MO 64999
19839940       EDI: IRS.COM Aug 15 2013 23:58:00      Internal Revenue Service,   P.O. Box 802503,
               Cincinnati, OH 45280
19839939       EDI: IRS.COM Aug 15 2013 23:58:00      Internal Revenue Service,   Po Box 7346,
               Philadelphia, PA 19101-7346
20035531      +E-mail/Text: jlbizzieri@bizzierilaw.com Aug 16 2013 00:20:54      James L. Bizzieri,
               Bizzieri Law Offices, LLC,   10258 S. Western Avenue, Suite 210,   Chicago, IL 60643-1946
19839944      +EDI: TSYS2.COM Aug 15 2013 23:58:00      Macy's Inc.,   9111 Duke Boulevard,
               Mason, OH 45040-8999
19839945       EDI: TSYS2.COM Aug 15 2013 23:58:00      Macys,   911 Duke Boulevard,   Mason, OH 45040
19839958       EDI: USBANKARS.COM Aug 15 2013 23:58:00      US Bank,   P.O. Box 790408,   Saint Louis, MO 63179
19839959       EDI: USBANKARS.COM Aug 15 2013 23:58:00      US Bank, N.A.,   Bankruptcy/Recovery Department,
               P.O. Box 5229,   Cincinnati, OH 45201
19839957      +EDI: USBANKARS.COM Aug 15 2013 23:58:00      US Bancorp Center,   800 Nicollet Mall,
               Minneapolis, MN 55402-2511
19839956      +EDI: URSI.COM Aug 15 2013 23:58:00      United Recovery Systems, LP,   P.O. Box  722929,
               Houston, TX 77272-2929
                                                                                              TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20081151*     +James L. Bizzieri,   Bizzieri Law Offices, LLC,   10258 S. Western Avenue, Suite 210,
               Chicago, IL 60643-1946
20081153*     +Sheryl Green,   8617 S. Carpenter,   1st Floor,   Chicago, IL 60620-3312
20081152     ##+Pinnacle Recovery, Inc.,   2231 Rutherford Rd., #210,   Carlsbad, CA 92008-8820
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster           Page 3 of 4             Date Rcvd: Aug 15, 2013
                              Form ID: b18              Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: gbeemster          Page 4 of 4          Date Rcvd: Aug 15, 2013
                              Form ID: b18             Total Noticed: 73
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2013 at the address(es) listed below:

```
          Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          Joanna  Fryer    on behalf of Creditor Sheryl  Green joanna.fryer@rcn.com
          Jonathon B Burford    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2007-3T1) jburford@km-law.com
          Karen R Goodman, ESQ    kgoodman@shefskylaw.com,    il24@ecfcbis.com;sfdocket@shefskylaw.com
          Michael R Richmond    on behalf of Creditor Alberta  Raymond mrichmond@hellerrichmond.com
          Mohammed O Badwan    on behalf of Debtor Michael Anthony Guthrie mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas N Auwers    on behalf of Creditor Alberta  Raymond tauwers@hellerrichmond.com
                                                                                             TOTAL: 8
```